**ALLEN ENGINEERING, INC. v. SUMMIT REALTY CORPORATION, No. 318-78**

March 22, 1979. Appellee's Motion to Enlarge Time is granted.

Appellee's brief to be filed by the opening of the June Term.